# Siri | Glimstad

NEW YORK  |  MIAMI  |  LOS ANGELES  |  PHOENIX
DETROIT  |  AUSTIN  |  WASHINGTON D.C.

745 Fifth Ave, Suite 500, New York, NY 10151
sirillp.com  |  P: (212) 532-1091  |  F: (646) 417-5967

December 13, 2023

**VIA ELECTRONIC CASE FILING**

Honorable Paul A. Crotty
United States District Judge  United States District
Court for the Southern District of New York 500
Pearl Street, Chambers 1350 New York, New
York 10007

> Re:    *Christine Borovoy v. Squishable.com, Inc.* (Case No. 1:23-cv-03660-PAC)
> – Unopposed Request for Additional Time to Finalize Settlement

Dear Judge Crotty:

This firm, along with our co-counsel Bradley/Grombacher LLP, represent Plaintiff in the above referenced action (the "Action"). We write here, pursuant to the Court's Order of Dismissal entered on November 15, 2023, to ask for one additional month to finalize the class action settlement reached in the Action. Counsel for Defendant Squishable.com, Inc. joins in this request.

As the parties previously stated, they reached a class action settlement in principal during their November 10, 2023 mediation with mediator Chris McDonald. Soon thereafter, the parties informed the Court about this tentative agreement, and on November 15, 2023, the Court entered an order dismissing the action subject to reopening if the parties did not settle within thirty (30) days. (ECF No. 24.) The Court further stated that if "the parties require more than 30 days to finalize the settlement, either party shall submit a letter to the Court." (*Id.*)

Since the mediation, the parties have worked diligently to formalize their settlement. The parties have exchanged drafts of the settlement agreement and other needed papers and are hopeful that they will have a finalized and signed set of settlement papers within the next few weeks. Given the upcoming holidays, the parties request an additional thirty-two (32) days to finalize their settlement and submit it to the Court for preliminary approval.

If the Court requires additional information, we are happy to attend a phone conference with the Court to explain further.  Otherwise, the parties request that the Court enter an order proving an additional thirty-two (32) days (i.e., until January 16, 2023) to file their motion for preliminary approval.  We appreciate your time and attention to this matter.

Respectfully Yours,

*/s/ Mason A. Barney*
Mason A. Barney, Esq.

CC:    Kiley Grombacher, Esq. (via email)
       John C. Cleary, Esq. (via email)