## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINE BOROVOY**, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**SQUISHABLE.COM, INC.**, a New York corporation,<br><br>Defendant. | Case No: 1:23-cv-03660<br><br>Judge: Hon. Paul A. Crotty |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Christine Borovoy individually and on behalf of others similarly situated ("Plaintiff"), hereby moves this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendant, Squishable.com, Inc. ("Defendant"), and the attachments thereto, including the Claim Form, Short Form Notice, Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, which Settlement Agreement is attached to the Declaration of Kiley L. Grombacher filed herewith in support of this motion;

2. Conditionally certify the Class and California Subclass;

3. Appoint Plaintiff Christine Borovoy as Class Representative;

4. Appoint Kiley L. Grombacher of Bradley Grombracher, LLP and Mason Barney of Siri & Glimstad LLP as Class Counsel;

5. Approve a customary short form notice to be emailed or mailed to Class Members (the "Short Notice") in a form substantially similar to that attached as **Exhibit D** to the Settlement Agreement;

6. Approve a customary long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as **Exhibit B** to the Settlement Agreement;

7. Direct notice to be sent to the Class in the form and manner proposed as set forth in the Settlement Agreement;

8. Appoint KCC, LLC as Settlement Administrator;

9. Approve the use of a claim form ("Claim Form") substantially similar to that attached as **Exhibit A** to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of this Motion, filed herewith; (3) the Declaration of Kiley L. Grombacher, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including the Short Form Notices and Long Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: March 1, 2024                    Respectfully Submitted,

By:     */s/ Kiley L. Grombacher*
        Mason A. Barney
        **SIRI & GLIMSTAD, LLP**
        745 Fifth Ave • Suite 500
        New York, NY 10151
        Telephone: 212-532-1091
        mbarney@sirillp.com

        Marcus J. Bradley
        Kiley L. Grombacher
        Fernando Valle, Jr.
        **BRADLEY/GROMBACHER LLP**
        31365 Oak Crest Dr., Suite 240
        Westlake Village, CA 91361
        Telephone: 805-270-7100
        mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com
        fvalle@bradleygrombacher.com

        *Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 1, 2024, caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ Kiley L. Grombacher*
Kiley L. Grombacher