# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINE BOROVOY**, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**SQUISHABLE.COM, INC.**, a New York corporation,<br><br>Defendant. | Case No: 1:23-cv-03660<br><br>Judge: Hon. Paul A. Crotty |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Christine Borovoy individually and on behalf of others similarly situated ("Plaintiff"), hereby moves this Court to finally approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendant, Squishable.com, Inc. ("Defendant")

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of this Motion, filed herewith; (3) the Declaration of Kiley L. Grombacher, filed herewith; (4) the Declaration of Ana Espinoza; (5) the Settlement Agreement; (6) the Order Granting Preliminary Approval of Class Action Settlement; (7) the [Proposed] Final Approval Order; (8) the records, pleadings, and papers filed in this action; and (9) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: January 23, 2025                    Respectfully Submitted,


                                                  By:    */s/ Kiley L. Grombacher*
                                                          Marcus J. Bradley
                                                          Kiley L. Grombacher
                                                          **BRADLEY/GROMBACHER LLP**
                                                          31365 Oak Crest Dr., Suite 240
                                                          Westlake Village, CA 91361
                                                          Telephone: 805-270-7100
                                                          mbradley@bradleygrombacher.com
                                                          kgrombacher@bradleygrombacher.com

                                                          Mason A. Barney
                                                          **SIRI & GLIMSTAD, LLP**
                                                          745 Fifth Ave • Suite 500
                                                          New York, NY 10151
                                                          Telephone: 212-532-1091
                                                          mbarney@sirillp.com


                                                          *Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 1, 2024, caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ Kiley L. Grombacher*
Kiley L. Grombacher

4