IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE BOROVOY, an individual, and on behalf of classes of similarly situated individuals, | Case No. 1:23-cv-03660 |
| | CLASS ACTION |
| Plaintiff, | **DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES** |
| vs. | |
| SQUISHABLE.COM, INC., a New York Corporation, | |
| Defendant. | |

[1] S*ee e.g.*, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, available at *http://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.*

1

I, Ana Espinoza, declare and state as follows:

1.  I am a case manager with Verita Global, LLC formerly known as KCC Class Action Services, LLC ("KCC"), located at 222 N Pacific Coast Hwy, El Segundo, CA 90245. Pursuant to the PRELIMINARY APPROVAL ORDER dated July 22, 2024, the Court appointed Verita as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

**CAFA NOTIFICATION**

2.  In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Verita compiled a CD-ROM containing the following documents: CLASS ACTION COMPLAINT, PROPOSED ORDER RE PRELIMINARY APPROVAL HEARING, UNOPPOSED MOTION FOR PRELIMINARY APPROVAL, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL, DECLARATION OF KILEY L. GROMBACHER, LONG FORM NOTICE, POSTCARD NOTICE, CLAIM FORM, SETTLEMENT AGREEMENT WITH EXHIBITS, PROPOSED FINAL JUDGMENT, SQUISHABLE ESTIMATE OF THE NUMBER OF CLASS MEMBERS, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.  On March 11, 2024, Verita caused 55 CAFA Notice Packets to be mailed via PRIORITY Mail from the U.S. Post Office in SAN RAFAEL, CA to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 states in which Settlement Class Members reside, the District of Columbia, Attorneys General for all 5 US Territories and Defense Counsel.

---

[1] *See e.g.*, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, available at *http://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.*

4. As of the date of this Declaration, Verita has received no responses to the CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

## CLASS LIST

5. On August 5, 2024, Verita received from Polsinelli a list of 15,537 persons identified as the Class List. The Class List included names and addresses. Verita formatted the list for mailing purposes, removed 967 duplicate records, removed 45 records with incomplete addresses, and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 1,496 addresses were found and updated via NCOA. Verita updated its proprietary database with the Class List.

## MAILING OF THE NOTICE PACKET

6. On August 21, 2024, Verita caused the short-form Notice of Class Action Settlement and postcard Claim Form (collectively, the "Notice Packet") to be printed and mailed to the 14,525 names and mailing addresses in the Class List. A true and correct copy of the Notice Packet is attached hereto as Exhibit C.

7. After mailing the Notice Packets to the Class Members, Verita received 164 Notice Packets returned by the USPS with forwarding addresses. Verita immediately caused Notice Packets to be re-mailed to the forwarding addresses supplied by the USPS.

8. After mailing the Notice Packets to the Class Members, Verita received 1,411 Notice Packets returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, Verita performed address searches for these undeliverable Notice Packets and was able to find updated addresses for 203 Class Members. Verita promptly re-mailed Notice Packets to the found new addresses. The individual notice effort is estimated to have reached approximately 91.4% of Class Members. This reach percentage falls within the 70% to 95% guideline recommended by the Federal Judicial Center.[1]

---

[1] S*ee e.g.*, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, available at *http://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.*

3

DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES

## SETTLEMENT WEBSITE

9.      On or about August 21, 2024, Verita established a website www.OnlineToyDatabreachSettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Notice Packet. Visitors of the website can download copies of the long-form Notice, Claim Form, and other case-related documents. Visitors could submit claims online, and, upload supporting documentation by the claim form deadline. As of January 15, 2025 the website has received 134,685 active visits.

## TELEPHONE HOTLINE

10.     Verita established and continues to maintain a toll-free telephone number (877) 536-0570 for potential Class Members to call and obtain information about the Settlement and/or request a Notice Packet. The telephone hotline became operational on August 19, 2024, and is accessible 24 hours a day, 7 days a week. As of January 16, 2025, Verita has received a total of 33 calls to the telephone hotline.

## CLAIM FORMS

11.     The postmark deadline for Class Members to file claims in this matter was November 19, 2024. Verita received 50,946 timely-filed claim forms. Of those claim forms, 313 were submitted by known class list members while 50,633 were submitted by unknown class members. A fraud investigation was conducted on the claims submitted by unknown class members and given their provided names, mailing addresses, and email addresses, it was determined these were invalid claims.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

12.     The Notice informed Class Members that requests for exclusion from the Class must be postmarked no later than November 19, 2024. As of the date of this declaration, Verita has

---

[1] S*ee e.g.*, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, available at *http://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.*

received no requests for exclusion.

## OBJECTIONS TO THE SETTLEMENT

13. The postmarked deadline for Class Members to object to the settlement was November 19, 2024. As of the date of this declaration, Verita has received no objections to the settlement.

## ADMINISTRATION COSTS

14. As of the date of this declaration Verita estimates its total cost of administration to be $73,608.89. This amount includes costs to date as well as through the completion of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2025 at El Segundo, CA.

*Ana Espinoza*
_____
ANA ESPINOZA

---

[1] S*ee e.g.*, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, available at *http://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.*

DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES

# Exhibit A



1 McInnis Parkway
Suite 250
San Rafael, CA 94903

March 11, 2024

VIA PRIORITY MAIL

«First» «Last»
«Company_1»
«Company_2»
«Address_2»
«Address_1»
«City», «State» «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      KCC Class Action Services, LLC has been engaged as the independent third-party Administrator in a putative class action lawsuit entitled *Christine Borovoy v. Squishable.com, Inc.*, Case No. 1:23-cv-03660. Polsinelli PC represents Squishable.com, Inc. ("Defendant") in that Action. The lawsuit is pending before the Honorable Paul A. Crotty in the United States District Court for the Southern District of New York. This letter is to advise you that Christine Borovoy ("Plaintiff") filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on March 1, 2024.

| | |
|---|---|
| **Case Name:** | *Christine Borovoy v. Squishable.com, Inc.* |
| **Case Number:** | **1:23-cv-03660** |
| **Jurisdiction:** | United States District Court, Southern District of New York |
| **Date Settlement Filed with Court:** | March 1, 2024 |



«First» «Last»
March 11, 2024
Page 2

Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the *Class Action Complaint* is included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of March 11, 2024, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed her *Unopposed Motion for Preliminary Approval* requesting that the Honorable Paul A. Crotty preliminarily approve the proposed Settlement. Copies of the *Proposed Order re Preliminary Approval Hearing, Unopposed Motion for Preliminary Approval, Memorandum of Points and Authorities in Support of Motion for Preliminary Approval,* and the *Declaration of Kiley L. Grombacher* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Postcard Notice,* and the *Claim Form* proposed to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement with Exhibits* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of March 11, 2024, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of March 11, 2024, nor have any Notices of Dismissal been granted at this time. A copy of the *Proposed Final Judgment* is included on the enclosed CD.



7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** CAFA requires Defendants to provide, "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that state's appropriate State official." 28 U.S.C. § 1715(b)(7)(A). If it is not feasible to provide that information, CAFA requires a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement" from the Defendant. 28 U.S.C. § 1715(b)(7)(B).

   Defendant does not have access to information sufficient to identify the estimated proportionate share of each class member's claims to the entire settlement. We assume that the proportionate share of each class member's claims to the entire settlement would be an amount reasonably comparable to other class members' claims distributed on an agreed basis, including possible pro rata adjustment, after the award of attorneys' fees, class counsel's litigation expenses, administrative fees, and a service award to the named plaintiff. An estimate of the number of class members residing in each U.S. state/territory with class members is enclosed.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending preliminary approval by the Court, there are no opinions available at this time. As of March 11, 2024, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendant can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Fred Webb,
Case Coordinator

Enclosure – CD ROM

# Exhibit B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raúl | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Coleman | Russell | Office of the Kentucky Attorney General | | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Murrill | Liz | Office of the Louisiana Attorney General | | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | New Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St., P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raul | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Smith | Ariel M. | Virgin Islands Acting Atty. General, DOJ | | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Manning | Shundra | Polsinelli PC | | 600 Third Avenue | 42nd Floor | New York | NY | 10016 |

DC: 7187568-1

# Exhibit C

### NOTICE OF CLASS ACTION SETTLEMENT

If you received a notice of data incident regarding Squishable.com, you are entitled to submit a claim for monetary compensation under a class action settlement.

**www.onlinetoydatabreachsettlement.com**

*Borovoy v. Squishable.com* Claims Administrator
P.O. Box 301132
Los Angeles, CA 90030-1132

«3of9 barcode»
«BARCODE»
Postal Service: Please do not mark barcode

SQB: ClaimID: «Claim Number»
PIN: «PIN»

«FIRST1» «LAST1»
«ADDRESS LINE 1» «ADDRESS LINE 2»
«CITY», «STATE»«PROVINCE» «POSTALCODE»
«COUNTRY»


VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

# SQB

---

### Claim Form
Claim ID: <<ClaimNumber>>

**Claim Forms must be postmarked no later than November 19, 2024. You may also submit a Claim Form online no later than November 19, 2024.**

First Name: _____    Last Name: _____

Street Address: _____

City: _____    State: _____    ZIP Code: _____

**Monetary Compensation**

**1. Lost Time & Out-of-Pocket Expenses:** I am submitting a claim for monetary compensation of $ _____ for Ordinary Losses, that is for _____ hours of time spent addressing issues related to the Data Incident and for out-of-pocket expenses. I understand any monetary compensation I may receive under the Settlement for Ordinary Losses is capped at $200 and that any compensation for lost time is capped at four (4) total hours at a rate of $15 per hour for a total amount of $60 (which is included in the $200 Ordinary Loss cap). I understand that I am required to provide supporting documentation to support my claim. I understand the Claims Administrator may contact me for additional information before processing my claim. I understand that if I lack information supporting my claim, I will likely not receive compensation for this Settlement benefit.

**2. Extraordinary Losses/Actual Identity Theft:** I am submitting a claim for monetary compensation in the amount of $ _____ for Extraordinary Losses, that is, for verified incidents of fraud which occurred as a result of the Data Incident. I understand that I am required to provide supporting documentation to support my claim. I understand the Claims Administrator may contact me for additional information before processing my claim. I understand that if I lack information supporting my claim, I will likely not receive compensation for this Settlement benefit. I understand any monetary compensation for Extraordinary Losses is capped at $2,500.

**3. California Resident Cash Payment:** Were you a resident of California at the time of the Data Incident, from May 26, 2022 to October 12, 2022? (fill in one circle)

   Yes ○        No ○

I understand any monetary compensation I may receive under the Settlement due to my California residency is capped at $100.

**By signing my name below, I swear and affirm that the information included on this Claim Form is true and accurate, and that I am completing this Claim Form to the best of my personal knowledge. I further affirm that I will submit my supporting documentation by U.S. Mail or online no later than the date listed above.**

_____        _____
Signature                                      Date (mm/dd/yyyy)

«BARCODE»            VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE    <<ClaimNumber>>

**WHO IS A CLASS MEMBER?** In the lawsuit *Christine Borovoy v. Squishable.com, Inc.*, No. 1:23-cv-03660-PAC (United States District Court, Southern District of New York) you are a Class Member if your personal information was potentially compromised as a result of the cyberattack against Squishable.com ("Squishable" or "Defendant") experienced from May 26, 2022 to October 12, 2022 (the "Class").

**WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?** Under the Settlement, Defendant has agreed to pay up to $500,000 to Class Members who submit timely and valid Claims, after deducting the Class Representative's Service Award, Class Counsel's attorneys' fees and expenses, and settlement administration notice and administration costs, if such awards are approved by the Court. All Class Members may submit Claims to receive cash payments. Class Members who believe they suffered out-of-pocket expenses and spent time dealing with the Data Incident may claim up to $200 for the reimbursement of sufficiently documented expenses and time spent. Class Members who can prove verified actual identity theft or fraudulent activity as a result of the Data Incident may claim up to $2,500 with documented proof. Class Members who were residents of California at the time of the Data Incident may claim an additional $100. More information about the types of Claims and how to file them is available at the Settlement Website.

**WHAT ARE YOUR RIGHTS AND OPTIONS?** **Submit a Claim Form.** To qualify for a cash payment, you must timely mail a Claim Form that is attached to this notice or timely complete and submit a Claim Form online at www.onlinetoydatabreachsettlement.com ("Settlement Website"). Your Claim Form must be postmarked or submitted online no later than **November 19, 2024**. Verita is the Claims Administrator. **Opt Out.** You may exclude yourself from the Settlement and retain your ability to sue Defendant on your own by mailing a written request for exclusion to the Claims Administrator that is postmarked no later than **November 19, 2024**. If you do not exclude yourself, you will be bound by the Settlement and give up your right to sue regarding the released claims. **Object.** If you do not exclude yourself, you have the right to object to the Settlement. Written objections must be signed, postmarked no later than **November 19, 2024**, and provide the reasons for the objection. Please visit www.onlinetoydatabreachsettlement.com for more details. **Do Nothing.** If you do nothing, you will not receive a Settlement payment and will lose the right to sue regarding the released claims. You will be bound by the Court's decision if the Court approves the Settlement. **Attend the Final Approval Hearing.** The Court will hold a **Final Approval Hearing at 2:00 p.m. on February 6, 2025** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiff and the proposed Class**? The Court appointed Kiley Grombacher of Bradley Grombacher LLP and Mason Barney of Siri & Glimstad LLP to represent the Class.

**Do I have any obligation to pay attorneys' fees or expenses**? No. Attorneys' fees and expenses will be paid exclusively by Defendant as awarded and approved by the Court and within the overall $500,000 cap. Class Counsel intends to request an award of attorneys' fees up to $150,000 (equal to 30% of the $500,000 cap), and Defendant has reserved the right to contest that request before the Court. The motion for attorneys' fees and expenses will be posted on the Settlement Website once it is filed.

**What is the amount of the Class Representative Service Award**? The named plaintiff, also called the Class Representative, will seek a Service Award in the amount of $1,500 for her efforts in this case.

**Who is the Judge overseeing this Settlement**? The Honorable Paul A. Crotty.

**Where may I locate a copy of the Settlement Agreement, learn more about the case, or learn more about submitting a Claim**? Please visit www.onlinetoydatabreachsettlement.com.

**This notice is a summary of the proposed Settlement. Full details concerning this Settlement may be found on the website.**

**SQB**

PLACE STAMP HERE

BOROVOY V SQUISHABLE.COM
CLAIMS ADMINISTRATOR
PO BOX 301132
LOS ANGELES CA 90030-1132