UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE BOROVOY, an individual, and on behalf of classes of similarly situated individuals,

        Plaintiff,

v.

SQUISHABLE.COM, INC., a New York Corporation,

        Defendant.

No. 23-CV-3660 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In evaluating attorneys' fees in a class action, this Court may apply "either the lodestar or percentage of the recovery method[]," *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 45 (2d Cir. 2000), but, in either case, "the fees awarded in common fund cases may not exceed what is 'reasonable' under the circumstances," *id.* at 47. "[N]o matter which method is chosen," the Court's analysis of reasonableness must "be guided by the traditional criteria in determining a reasonable common fund fee, including . . . the time and labor expended by counsel." *Id.* at 50 (quoting *In re Union Carbide Corp. Consumer Prod. Bus. Sec. Litig.*, 724 F. Supp. 160, 163 (S.D.N.Y. 1989)). No later than February 6, 2025 at 8 a.m., Plaintiff shall file supplemental information regarding its requested attorneys' fees, including but not limited to a log of time entries for each attorney and paralegal who worked on this matter as well as the rates Plaintiff proposes are attributable to each.

SO ORDERED.

Dated:    February 4, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge